[Crim. No. 2780. Third Dist. Apr. 3, 1958.]

THE PEOPLE, Respondent, v. WILMONT McCORD WILLS, Appellant.

William P. Smith, Jr., under appointment by the District Court of Appeal, for Appellant.

No appearance for Respondent.

PEEK, J.— Since it appears without contradiction that the judgment of conviction from which defendant appeals was entered pursuant to a plea of guilty made by defendant's attorney and not by defendant as required by section 1018 of the Penal Code, it follows that the judgment was invalid and must be reversed. (*In re Brain*, 70 Cal.App. 334 [233 P. 390].)

The judgment is reversed.

Van Dyke, P. J., and Schottky, J., concurred.